**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ERNESTO MARTINEZ CRUZ**, <br><br> *Petitioner*, <br><br> v. <br><br> **JAMAL L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**, <br><br> *Respondents*. | **Case No. 2:26-cv-04426-JDW** |

**ORDER**

**AND NOW**, this 6th day of July, 2026, upon consideration of Petitioner Ernesto Martinez Cruz's Petition For Writ Of Habeas Corpus (ECF No. 1) and the Government's Response Letter (ECF No. 4), and for substantially the same reasons stated in *Kashranov v. J.L. Jamison*, No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison*, No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026), it is **ORDERED** as follows:

1.      Mr. Martinez Cruz's Petition For Writ Of Habeas Corpus (ECF No. 1) is **GRANTED**;

2.      Mr. Martinez Cruz is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226(a);

3.      The Government shall **RELEASE** Mr. Martinez Cruz from custody immediately and **CERTIFY** compliance with my Order by filing on the docket no later than 12:00 p.m. ET on July 7, 2026;

4.      The Government is temporarily enjoined from re-detaining Mr. Martinez Cruz for seven days following his release from custody; and

5.      If the Government chooses to pursue re-detention of Mr. Martinez Cruz after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

2